IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| FELENTHEAN DEANDRE GRABLE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 112-083 |
| CARL L. CANNON, Correctional Officer II, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion to dismiss (doc. no. 20) is **GRANTED**, Defendants' motion to stay discovery is deemed **MOOT** (doc. no. 21), this case is **DISMISSED** without prejudice, and this civil action is **CLOSED**.

SO ORDERED this 7th day of June, 2013, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA